**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------
FRANCISCO GARCIA,                :
                                 :    CIVIL ACTION NO.: 21-18256-CCC-ESK
   *Plaintiff,*          :
 v.                            :
                                 :
M P PLASTIC PLUS INC, *et al.*   :
                                 :
   *Defendants.*        :
---------------------------------------------------------

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

 Plaintiff Francisco Garcia ("Plaintiff"), having reached a preliminary resolution of his individual claims under the Fair Labor Standards Act against Defendants M P Plastic Plus Inc., Mohep Muheisen, Maher Muheisen, Ibrahim H. Muheisen, and Husam H. Muheisen (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

 Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

            Respectfully submitted,

            **MURPHY LAW GROUP, LLC**

          By: */s/ Michael Groh*
            Michael Murphy, Esq.
            Michael Groh, Esq.
            Eight Penn Center, Suite 2000
            1628 John F. Kennedy Blvd.
            Philadelphia, PA 19103
            TEL: 267-273-1054
            FAX: 215-525-0210
            murphy@phillyemploymentlawyer.com

mgroh@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: April 8, 2022

2

## **CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on April 8, 2022, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

Douglas V. Sanchez, Esq.
Cruser, Mitchell & Sanchez, LLC
50 Tice Boulevard, Suite 363
Woodcliff Lake, NJ 07677
(201) 474-7100
dsanchez@cmlawfirm.com
Attorneys for Defendants

                                                      */s/ Michael Groh*
                                                      Michael Groh, Esq.

Dated: April 8, 2022