IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

FRANCISCO GARCIA,

    *Plaintiff,*

v.

M P PLASTIC PLUS INC, *et al.*

    *Defendants.*

CIVIL ACTION NO.: 21-18256-CCC-ESK

---

## ORDER

**AND NOW**, this 24th day of May 2022, after considering Plaintiff's Unopposed Motion for Approval of Settlement (ECF No. 10), and finding that the settlement reached between the parties resolves a bona fide dispute under the FLSA, represents a fair and reasonable resolution of Plaintiff's individual claims against Defendants, and does not frustrate the implementation of the FLSA in the workplace, it is hereby **ORDERED** that:

1. Plaintiff's Unopposed Motion for Approval of Settlement (ECF No. 10) is **GRANTED**;

2. The Settlement is **APPROVED**;

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **MARK THIS CASE CLOSED.**

**AND IT IS SO ORDERED.**

                                                              s/ Claire C. Cecchi
                                                           **Claire C. Cecchi, U.S.D.J.**